IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                                     Case No. 6:07CR10109-001-MLB

ROBERT GULLEDGE,

        Defendant,

    and

PRECISION METAL WORKS, INC.,

        Garnishee.

## APPLICATION FOR WRIT OF GARNISHMENT

Plaintiff United States of America makes application to the Clerk of the United States District Court to issue a Writ of Garnishment as to the property of Defendant Robert Gulledge in accordance with the Federal Debt Collection Procedures Act (FDCPA), 28 U.S.C. §3205.

In support of its application Plaintiff United States represents the following.

1. The last known address of Defendant Robert Gulledge, SSN: ***-**-7345, is Winslow, AR 72959.

2. A judgment, Doc. 17, was entered against Defendant Robert Gulledge in the amount of $152,338.38 without interest, with a balance due of $79,264.75 as of April 18, 2024.

3. More than 30 days have passed since demand for payment of this judgment was made to Defendant Robert Gulledge. The judgment debt remains unpaid.

4. Garnishee Precision Metal Works, Inc. is believed to have possession of property in which Defendant Robert Gulledge has a substantial nonexempt interest or for which Garnishee Precision Metal Works, Inc. is or may become indebted to Defendant Robert Gulledge.

Plaintiff United States respectfully requests the Clerk of Court issue a Writ of Garnishment to:

>Precision Metal Works, Inc.
>6808 Alma Hwy
>Van Buren, AR 72956

>Respectfully submitted,
>
>KATE E. BRUBACHER
>United States Attorney
>District of Kansas
>
>
>s/ Kathryn E. Sheedy
>KATHRYN E. SHEEDY
>Assistant United States Attorney
>Ks. S.Ct. No. 22867
>444 SE Quincy
>Federal Building, Suite 290
>Topeka, KS 66683-3592
>PH:  785-295-2850
>FX:  785-295-2658
>Email:  kathryn.sheedy@usdoj.gov
>Attorneys for the Plaintiff United States