IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                                                        Case No. 6:07CR10109-001-JWB

ROBERT GULLEDGE,

        Defendant,

    and

PRECISION METAL WORKS, INC.,

        Garnishee.

## CERTIFICATION OF SERVICE OF DOCUMENTS TO GARNISHEE PRECISION METAL WORKS, INC. AND DEFENDANT ROBERT GULLEDGE

Plaintiff United States of America certifies that it served Garnishee Precision Metal Works, Inc. with copies of the Writ of Garnishment, Doc. 40, and an instruction explaining the requirement that Garnishee submit a written answer to the writ as required by 28 U.S.C. § 3205(c)(3), by mailing these documents by certified mail, return receipt requested, to Garnishee Precision Metal Works, Inc. at 6808 Alma Hwy, Van Buren, AR 72956. The return of service verified Garnishee's receipt of the mailing on April 25, 2024.

Plaintiff United States of America certifies that it served Defendant Robert Gulledge with copies of the Application for Writ of Garnishment, Doc. 39, the Writ of Garnishment, Doc. 40, the Clerk's Notice required by 28 U.S.C. § 3202, and instructions to Defendant for claiming exemptions or objecting to the answer of Garnishee and for obtaining a hearing as required by 28 U.S.C. §3205(c)(3), by mailing these documents to Defendant's last known address by first-class mail on May 1, 2024.

Respectfully submitted:

KATE E. BRUBACHER
United States Attorney
District of Kansas

s/ Kathryn E. Sheedy
KATHRYN E. SHEEDY
Assistant United States Attorney
Ks. S.Ct. No. 22867
444 SE Quincy
Federal Building, Suite 290
Topeka, KS 66683-3592
PH: 785-295-2850
FX: 785-295-2658
E-mail: kathryn.sheedy@usdoj.gov
Attorneys for the United States

CERTIFICATE OF SERVICE

I certify that on May 1, 2024, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system, which will send a notice to all parties receiving notices electronically.

I further certify that on this date the foregoing document and the notice of electronic filing were served via U.S. mail upon the following non-CM/ECF participant:

Robert Gulledge
Winslow, AR 72959
Defendant

 s/ Kathryn E. Sheedy
KATHRYN E. SHEEDY
Assistant United States Attorney